IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **JUAN ANGEL TORRES-MORANO,** <br> **ADC #156090** | | **PLAINTIFF** |
| **VS.** | **4:13-CV-00655-BRW-JTK** | |
| **MS. WINTER** | | **DEFENDANT** |

<u>**ORDER**</u>

I have received the proposed findings and recommendations of United States Magistrate Judge Jerome T. Kearney.[1]  There have been no objections.  I have reviewed Judge Kearney's proposed findings and recommendations and adopt them in their entirety.  Accordingly, Plaintiff's Complaint against Defendant is DISMISSED for failure to state a claim.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

A Judgment will be entered forthwith.

IT IS SO ORDERED this 9th day of May, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.