IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUAN ANGEL TORRES-MORANO,
ADC #156090                                                                                    PLAINTIFF

VS.                                    4:13-CV-00655-BRW-JTK

MS. WINTER                                                                                    DEFENDANT

## JUDGMENT

This case is DISMISSED without prejudice.  The relief sought is denied.

I certify that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 9th day of May, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE